UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

VICTOR L. JOHNSON,

    Petitioner,

-vs-                                                    Case No. 8:12-CV-1408-T-30EAJ

UNITED STATES OF AMERICA, et al.,

    Respondents.
_____/

## ORDER

Before the Court is Petitioner's petition for the writ of habeas corpus which the Court construes as a petition under 28 U.S.C. § 2241 (Dkt. 1). Petitioner challenges the validity of his conviction for both felony possession of a firearm and distribution of cocaine base, for which offenses he serves eighty months consecutive to a state sentence. *See United States v. Johnson*, 8:04-cr-570-T-17EAJ.

The instant Section 2241 petition is barred for the same reasons that Petitioner's nearly identical petition (challenging his convictions in Case Number 8:04-cr-570-T-17EAJ) was denied in Case Number 8:12-cv-712-T-35TBM.

ACCORDINGLY, the Court **ORDERS** that:

1.    Petitioner's petition for the writ of habeas corpus under 28 U.S.C. § 2241 (Dkt. 1) is **DENIED**.

2. The Clerk shall enter a judgment against Petitioner and close this case.

**DONE** and **ORDERED** in Tampa, Florida on June 28, 2012.

*[signature]*
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

SA:sfc
Copy furnished to:
*Pro se* Petitioner